# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR43 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMIE ANN UTTERBACH-VELENZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE  MOTION OF THE DEFENDANT, (#796) and no objection from the government,

**IT IS ORDERED:**

1.  The Motion to Continue Change of Plea Hearing (#796) is granted.

2.  The Change of Plea hearing is continued to August 4, 2016 at 1:30 p.m. before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3.  For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. 3161(h)(1).

4.  This is the final extension of time for a Change of Plea Hearing.  **No further continuances will be granted**.

5.  Since this is a criminal case, the defendant must be present.

DATED this 30th day of June, 2016.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge